IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT

INGWE ALASKA INVESTMENTS }
DBA VALDEZ MARINE AND OUTDOORS }
                 Plaintiff, }
                              }
             v. }
                              }
MARKEL INSURANCE COMPANY }
                 Defendant, }
                              } Case No. 3VA-14-155 CI

FILED in the TRIAL
State of Alaska
at Valdez, Alaska
DEC 23 2014

# COMPLAINT

Now comes Ingwe Alaska Investments dba Valdez Marine and Outdoors which files this complaint against Markel Insurance Co and for causes of action would show the Court as follows:

1.

Plaintiff, Ingwe Alaska Investments L.L.C. dba Valdez Marine and Outdoors is an entity formed under the laws of the State of Alaska with its principle business office located at 310 Egan Drive, Valdez, Alaska 99686.

EXHIBIT A
Page 1 of 17

2.

Defendant, Markel Insurance Company an entity formed by the laws of the State of Illinois with its principal place of business located at 4521 Highwoods Parkway, Glenn Allen, VA 23060. It can be served by way of the State of Alaska, Director of Insurance, P.O. Box 110806, Juneau, Alaska, 99811-0805.

3.

During the time frame between December 2012 thru January 2014 the plaintiff suffered extraordinary theft by fraud from 8 separate entities. The total fraudulent transactions involved over one thousand separate electronic check/ ACH/ EFT debits to the plaintiffs checking account. The plaintiff has collected its self the funds from all but four of those entities. The total left outstanding is $ 21,010.73. Of which Markel is responsible for $ 7,010.73 of that.

4.

The defendant insured the plaintiff from losses under the limit of $ 10,000.00 for each occurrence or string of occurrences from any single party. The policy number was 8502AK100286-0. The policy period was from 02/22/13 to 02/22/14. The amounts claimed by the plaintiff did not occur before the policy period. The plaintiff has never claimed any amount over the 10K limit for any single entity who perpetrated the frauds. The original total of the fraud from these 8 entities totaled $ 52,000.00. The plaintiff collected all but $ 21,010.73 as of 12/22/2014. The defendant paid for the undisputed amount of the claim in the amount of $ 10,000.00. The attached proof of loss verifies these figures and is enclosed as exhibit "A".

EXHIBIT A
Page 2 of 17

5.

Plaintiff notified the defendant of the loss in January of 2014. The defendant vigorously either ignored our requests or simply refused to call us back. The defendant finally had an adjuster meet with one of our officers. A proper police report about the crimes was reported to the Valdez Police Department. In the course of processing the claim the defendant then demanded a sworn deposition; a very unusual and costly expense for such a small claim. The defendant was forced to hire an attorney to sit in on the deposition and to try getting the plaintiff's claim paid. The resulting actions of the defendant were clearly to deny these series of claims. It is the plaintiff's position that the defendant breached its absolute duty of good faith and fair dealing under Alaska common law. The result was the issuance to the defendant a demand letter dated June 10, 2014 in which the plaintiff demanded full payment and immediate payment of the undisputed amount as required under Alaska Law. The demand letter is attached as exhibit "B". The plaintiff finally received a payment and deposited $ 10,000.00 for the undisputed amount June 26, 2014. The check and the deposit slip information is attached as exhibit "C".

6.

During this claim process the defendant has consistently operated in bad faith and has in fact violated every single standard of The Alaska Unfair Claims Practices Act. Many numerous times. The standards of the Act are attached as exhibit "D". After numerous call and E-mails to the defendant; which of course went unanswered; the defendant finally agreed to do a policy review the first week of July 2014. The plaintiff never heard one word from the defendant until it received a letter dated December 5, 2014. The Plaintiff called or E-mailed the defendant more than one hundred times during the six month period between partial payment and receipt of the letter of determination December 13, 2014. But in violation of the 45 day rule the defendant simply refused to obey the Laws of the State of Alaska. The determination letter is attached as exhibit "E".

EXHIBIT A
Page 3 of 17

7.

The defendant has breached its duty of good faith so many times that one simply loses count. The defendant has repeatedly violated the Alaska Unfair Claims Practices Act and just ignores the law. As such the defendant is subject to both actual damages and punitive damages. The defendant is now subject to a statutory trebling of that amount as dictated by Alaska common and statutory law.

WHEREFORE, Plaintiff prays for the following relief:
A: actual damages of $ 7,010.73
B: punitive damages as awarded by the jury or Court
C: Full, reasonable attorney fees that have already been expended
And any attorney fees incurred in the future
D: Statutory trebling of all awards to plaintiff
E: Interest and other Court and notice costs as allowed by law
F: Any other relief that is proper; just, and equitable on the facts alleged
Above/ or discovered in the course of litigation

DATED at Valdez, Alaska this 22 day of December, 2014

Larry Reynolds
*[signature]*

EXHIBIT A
Page 4 of 17

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been mailed priority mail express on December 23, 2014 to i) Markel Insurance companies corporate offices and ii) The Insurance Commissioners of for the State of Alaska; who is the proper party of service for Markel Insurance Co.

_____
Larry Reynolds

EXHIBIT A
Page 5 of 17

*MA* and subsequent claim numbers

# SWORN STATEMENT IN PROOF OF LOSS

| CLAIM/FILE NO. | POLICY NO. | INSURANCE CO. | AGENCY | AGENT |
|---|---|---|---|---|
| C8502AK10N8230 | 8502AK100286-0 | Markel Insurance Company | Alaska USA Ins. Brokers | Jay Marshall |

*Jane JM MH*

To: The Markel Insurance Company.

At time of loss, by the above-indicated policy of insurance you insured; Ingwe Alaska Investments, LLC. dba: Valdez Marine and Outdoor.

310 Egan Drive, Suite 3            Valdez            AK            99686

Against loss by: **Theft**

1. **Times and Origin:** A loss occurred about the hour of ____ o'clock ___ M., from Jan 01, 2013 to Jan 21, 2014 on the ___ day. The cause and origin of the said loss were: **Fraudulent ACH/EFT thefts from our acct.**

2. **Occupancy:** The building described, or containing the property described, was occupied at the time of the loss as follows, and for no other purpose whatever:.

3. **Title and Interest:** At the time of the loss the interest of your insured in the property described therein was **owned solely by Valdez Marine & Outdoors**. No other person or persons had any interest therein or encumbrance thereon, except: **none**

4. **Changes:** Since the said policy was issued there has been no assignment thereof, or change of interest, use, occupancy, possession, location or exposure of the property described, except: none

5. **Total Insurance:** The total amount of insurance upon the property described by this policy was, at the time of the loss, $10,000 M & S, which there was no policy or other contract of insurance, written or oral, valid or invalid **per occurrence and interstate** *JL MA*

6. The Actual Cash Value of said property at the time of the loss was............$ **52,000.00**

7. The Whole Loss and Damage was...........................................................$ **32,000.00**

8. Less Amount of Deductible..................................................................$ **unknown**

9. The Amount Claimed under the above numbered policy is..........................$ **20,967.74**

The said loss did not originate by any act, design or procurement on the part of your insured, or this affiant; nothing has been done by or with the privity or consent of your insured or this affiant, to violate the conditions of the policy, or render it void; no articles are mentioned herein or in annexed schedules but such as were destroyed or damaged at the time of said loss; no property saved has in any manner been concealed, and no attempt to deceive the said company, as to the extent of said loss, has in any manner been made. Any other information that may be required will be furnished and considered a part of this proof.

"A"

EXHIBIT **A**
Page **6** of **17**

The furnishing of this statement of the preparation of proofs by a representative of the above insurance company is not a waiver of any of its rights.

*A person who knowingly and with intent to injure, defraud, or deceive an insurance company, files a claim containing false, incomplete or misleading information may be prosecuted under state law.*

**WITNESS(ES):**  **SIGNATURE OF INSURED(S):**

_Reana Duvernay_ (X) _[signature]_
Witness Signature

_____ (X) _____
Witness Signature

Date signed: _____

**NOTARY:** State of _Washington_ ; County of _San Juan_ ; SS

On this _30th_ day of _May_ before me appeared _MARCUS ALEXANDRE_ who is known to be the person(s) named herein and who voluntarily executed this release

REANA DUVERNAY
Notary Public
State of Washington
My Commission Expires
October 01, 2016

_Reana Duvernay_  _10-01-16_
Notary Signature  Date Commission Expires

" A "



# Valdez Marine and Outdoors

# 310 W. Egan Drive

# Valdez, Alaska 99686

June 10, 2014

Phone: 907-835-2628 (BOAT)

FAX : 907-835-8736

Markel Insurance Company
P.O. Box 2009
Glenn Allen, Virginia 23058
Attn.: Doris McKenzie

RE: Ingwe Alaska Investments
   Claim number: C8502AK100286-0
   Policy number: 8502AK100286-0

Dear Doris:

Please consider this letter our 10 day formal demand for payment on this claim pursuant to the law and your notice to cure your defaults under the The Alaska Unfair Claims Settlement Acts and Practices Regulations. Further, we are putting you on notice that it is my opinion and our legal staff that you have continued your violations of the Alaska common law breach of good faith and fair dealing. Both of these violations carry punitive damage awards and a statutory trebling of damages plus our attorney fees.

You are required by statute for notification IN WRITING to us every 45 days giving the reason for the delays. You have failed to do that for the last six months. You have in fact refused to say what any of the delay was for as required by law. Further, your insurance policy cannot overturn Alaska public policy and law which states that you only have fifteen days to notify us of your intensions after receiving the executed proof of loss, which you intentionally waited six months to send us.

Also, you are required to pay any undisputed portions of the claim within 30 days of the receipt of the proof of loss.

In addition, your position that Northrim Bank is the sole offending party is simply ludicrous. They did not initiate any of the thefts. The financial section of our policy is very clear in describing the acts of persons or other parties and all their individuals' successive thefts of each one of these parties are separate events.

B

EXHIBIT A
Page 8 of 17

Case 3:15-cv-00016-RRB   Document 1-1   Filed 02/03/15   Page 8 of 17

I have included pertinent pages of my insurance adjuster's handbook that describe your absolute duties as part of this demand letter. Make no mistake that I intend to file our lawsuit on the very next business day after the expiration of the notice time in the letter at the superior Court, Third Judicial District located in Valdez Alaska.

Yours truly

Larry Reynolds
Valdez Marine and Outdoors
CEO

Cc: Tom Mathews
Cc: Eric Auten
Cc: Dr. Markus Alexandre
Cc: express mail # EK 048697585 US

EXHIBIT A
Page 9 of 17

Case 3:15-cv-00016-RRB   Document 1-1   Filed 02/03/15   Page 9 of 17

MARKEL INSURANCE COMPANY
P O Box 2009
Glen Allen, VA 23058-2009

The Northern Trust Company
Chicago, IL

70-2382
719
CHECK 410018478

| VENDOR I.D. | DATE | AMOUNT |
|---|---|---|
| IN | 06/19/2014 | ******$10,000.00 |

BACK OF DOCUMENT CONTAINS MARKEL WATERMARK - VIEW AT AN ANGLE
FRONT CONTAINS VOID PANTOGRAPH

Pay the sum of: Ten thousand and 00/100 Dollars

Pay to
the order of: INGWE ALASKA INVESTMENTS, LLC, DBA:
VALDEZ MARINE AND OUTDOORS
P.O. BOX 368
VALDEZ, AK 99686

_(signature)_ Vice Chairman

_(signature)_ President

⑈04⑈018478⑈ ⑆071923828⑆ 274⑈008⑈

PLEASE COMPLETE FORM, DETACH HERE, AND RETURN IN THIS ENVELOPE

AlaskaUSA Federal Credit Union®
P.O. Box 196613
Anchorage, AK 99519-6613

Please endorse all checks and money orders, adding "For Deposit Only" and your account number to ensure proper handling. Do not mail coin or currency.

ACCOUNT NUMBER _____  NAME (please print) Valdez Marine & Outdoors  DATE 6/26/14

| DEPOSITS | | PAYMENTS | | TRANSFERS | |
|---|---|---|---|---|---|
| Checking S-70 $ | | Loan L- $ | | From account number _____ | To account number _____ |
| Savings S-10 $ | | Loan L- $ | | Checking S-70 $ | Checking S-70 $ |
| Money Mkt. S-20 $ | | Loan L- $ | | Savings S-10 $ | Savings S-10 $ |
| Other S- $ | | Credit Line L- $ | | Money Mkt S-20 $ | Money Mkt S-20 $ |
| Other S- $ | | Mortgage L- $ | | Credit Line L- $ | Credit Line L- $ |
| Total $ | | Total $ | | Other $ | Loan L- $ |
| | | | | Other $ | Mortgage L- $ |
| | | | | Total $ | Total $ |

Checks enclosed
| Check # | Amount $ |
|---|---|
| 410018478 | 10,000.00 |
| Total | 10,000.00 |

Member or joint owner signature X

☐ Please send additional supply of envelopes
☐ See change of address authorization on back



Case 3:15-cv-00016-RRB   Document 1-1   Filed 02/03/15   Page 10 of 17

EXHIBIT A
Page 10 of 17


**AlaskaUSA**
Federal Credit Union

## Account History

To view your current or past statements electronically, please go to the View or Order Statements page.

View Options

Account: 1744000-S70 Business Checking

Show From: 06/19/2014    To: 08/31/2014
mm/dd/yyyy    mm/dd/yyyy

View: Deposit Transactions    [View]

| Date | Description | Amount |
|------|-------------|--------|
| 07/14/2014 | DEPOSIT | $8,363.97 |
| 07/14/2014 | [+] ACH DEPOSIT Square Inc | $13,333.43 |
| 07/14/2014 | [+] ACH DEPOSIT Square Inc | $2,430.64 |
| 07/11/2014 | [+] ACH DEPOSIT Square Inc | $7,779.59 |
| 07/10/2014 * | [+] ACH DEPOSIT PAYCHEX TPS | $77.60 |
| 07/10/2014 * | [+] ACH DEPOSIT PAYCHEX TPS | $9.19 |
| 07/10/2014 | [+] ACH DEPOSIT Square Inc | $2,860.42 |
| 07/10/2014 | [+] ACH DEPOSIT PAYCHEX | $196.41 |
| 07/09/2014 | [+] ACH DEPOSIT Square Inc | $6,932.06 |
| 07/08/2014 | [+] ACH DEPOSIT Square Inc | $1,491.15 |
| 07/07/2014 | [+] ACH DEPOSIT Square Inc | $13,110.81 |
| 07/07/2014 | [+] ACH DEPOSIT Square Inc | $5,971.67 |
| 07/07/2014 | [+] ACH DEPOSIT Square Inc | $5,176.48 |
| 07/03/2014 | [+] ACH DEPOSIT Square Inc | $4,590.37 |
| 07/02/2014 | [+] ACH DEPOSIT Square Inc | $12,005.15 |
| 07/01/2014 | [+] ACH DEPOSIT Square Inc | $2,225.48 |
| 06/30/2014 | [+] DIVIDEND DEPOSIT Tiered Rate | $1.00 |
| 06/30/2014 | DEPOSIT | $2,585.09 |
| 06/30/2014 | [+] ACH DEPOSIT Square Inc | $12,554.44 |
| 06/30/2014 | [+] ACH DEPOSIT Square Inc | $1,103.90 |
| 06/27/2014 | [+] ACH DEPOSIT Square Inc | $2,149.53 |
| 06/26/2014 | DEPOSIT | $10,000.00 |
| 06/26/2014 | [+] ACH DEPOSIT Square Inc | $2,886.49 |
| 06/25/2014 | [+] ACH DEPOSIT Square Inc | $2,469.05 |
| 06/24/2014 | [+] ACH DEPOSIT Square Inc | $1,045.78 |
| 06/23/2014 | [+] ACH DEPOSIT Square Inc | $8,269.24 |
| 06/23/2014 | [+] ACH DEPOSIT Square Inc | $1,760.66 |
| 06/20/2014 | [+] ACH DEPOSIT Square Inc | $3,073.93 |
| 06/19/2014 | DEPOSIT | $12,168.79 |
| 06/19/2014 | [+] ACH DEPOSIT Square Inc | $2,051.05 |

* Additional dates in transaction details    [+] / [-] Click to show or hide transaction details

1 2

Copyright © 2014 Alaska USA Federal Credit Union. All rights reserved.
Privacy

NCUA Your savings federally insured to at least $250,000 and backed by the full faith and credit of the United States Government. National Credit Union Administration, a U.S. Government Agency.


EQUAL HOUSING LENDER

EXHIBIT A
Page 11 of 17

https://ultrabranch3.alaskausa.org/efs/servlet/efsonline/account_history.jsp?cur_Page=1    12/22/2014

Case 3:15-cv-00016-RRB   Document 1-1   Filed 02/03/15   Page 11 of 17

- Must pay non-disputed portions of the claim w/in 30 days of receipt of the proof of loss
- May not fail to pay the claim because someone else is responsible
    - Subrogation rights allow insurance company to pursue their recovery from the responsible party. The adjuster must pay the claim according to the policy if it is covered. Then, the adjuster goes after the responsible party through the condition subrogation.

- May not coerce a 3rd party claimant by threatening them with time limits unless there is a legal statute involved. In other words, you can't tell them they are running out of time to sue unless they actually are! If they have a lawyer, you are not required to tell them of any statute of limitations regarding filing a lawsuit. If they are not represented, you are obligated to tell them of the time limits for filing a suit.
- May not continue negotiations w/a non-attorney represented client to the end of a legal time limit (time allowed by law to file a suit)
    - Must give them at least 60 calendar days before the limit runs out
    - Can't let the time run out and then say, "oh, well, too bad."
- Payments must be payable through an Alaska bank or a bank having a physical location in Alaska
    - **Must allow them to be able to cash the check in Alaska**


- **Additional standards for motor vehicle claims** <u>(the following information appears in several locations on the exam so study it well)</u>

    - Adjustment of a total loss w/ACV or Replacement with like kind and quality
        - Offer a comparable replacement w/all applicable taxes, license fees, delivery charges and other fees **paid**
            - Remember that the fees must be paid by the insurance company and not included in the deductible, etc. They are **not** the responsibility of the insured.

# B. AK Unfair Claims Settlement Acts or Practices Regulations
(19 Questions)

- **Purpose**
  - To define minimum standards for claim settlement
  - Violation of a standard is unfair and is prohibited and is subject to penalty
  - **Willful violation** of these practices can result in increased penalties for those who commit them
- **Scope**
  - Applies to all persons transacting insurance who participate in claims activity in any way and for all types of insurance

- **Standards**

  - Prompt investigation, notification to claimants
    - Prompt Investigation
      - Complete within 30 working days, unless that is unreasonable using due diligence (document every move to prove it)
    - Notification
      - Give specific reasons to the claimant regarding the need for additional time to complete the investigation. It must be given no later than 30 working days after the claim is 1st received

  - Prompt, Fair & Equitable Settlements (1st party claims)
    - Advise of acceptance or denial of claim w/in 15 working days after receipt of a properly executed proof of loss or other evidence'
      - Payment of the claim satisfies this requirement
      - Written denial must state specifics such as provisions, etc
      - If additional investigation is necessary, this must be passed on to the claimant w/in the deadline
        - While the investigation is ongoing, written notification must be given every 45 days giving the reasons for the delay
        - You need not advise the claimant if there is suspected fraud
          - You must, however, document this in the claim file



December 5, 2014

## VIA FIRST CLASS & CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Ingwe Alaska Investments
dba: Valdeza Marine and Outdoor
Attn: Marcus Alexandre
310 W. Egan Drive, Suite 3
P. O. Box 368
Valdez, AK  99686

## COVERAGE DISCLAIMER

| RE: | | |
|---|---|---|
| | Insured: | Ingwe Alaska Investments dba: Valdez Marine and Outdoor |
| | Issuing Company: | Markel Insurance Company |
| | Our Claim Number: | C8502AK10N8230 |
| | Policy Number: | 8502AK100286-0 |
| | Policy Period: | 2/22/13 to 2/22/14 |
| | Date of Loss: | 6/1/13 |

Dear Mr. Alexandre:

Markel Service, Incorporated, as claims service manager for Markel Insurance Company (also referred to as "the Company") reviewed the above-captioned claim for loss being presented under the policy referenced above as a result of fraudulent checks drawn on the Northrim bank account. Notice of this loss was received on or about 1/27/14.

For the reasons stated below, Markel Insurance Company disclaims coverage for this loss in regards to the multiple charges on the account. Our payment for the $10,000.00 Money & Securities is the limit on this policy. No additional payments under the above policy will be made for this loss.

## FACTUAL BACKGROUND

According to the information provided to us, the independent adjuster at Vericlaim reports that the loss was discovered on January 20, 2014 when Northrim Bank called stating the account was overdrawn and there were numerous charges to various retailers. A *Written Statement of Unauthorized ACH Debit* for Northrim Bank was signed by Larry Reynolds on 1/22/14. This statement shows all account transactions for all the retailers discovered on 1/21/14. This is a single incident to one account with multiple retailer charges.

**Markel - Claims**
Arizona · California · Illinois · Nebraska · New Jersey · New York · Virginia · Wisconsin
P.O. Box 2009, Glen Allen, VA 23058-2009  (800) 362-7535  Fax (855) 662-7535  markelclaims@markelcorp.com
California License: Markel West Insurance Services #0D95581
www.markelcorp.com

## MARKEL'S POLICY INFORMATION

Markel Insurance Company insures Ingwe Alaska Investments dba: Valdez Marine and Outdoor under a Commercial Lines Insurance Policy, designated as policy number 8502AK100286-0. This policy provides coverage subject to other terms, conditions, deductibles and/or co-insurance for Money & Securities located at 310 Egan Drive, Valdez, AK 99686 for the period of 2/22/13 to 2/22/14.

Your policy contains the following Insuring Agreements:

We refer you to policy form MCP 040 (6/11), COMMERCIAL PROPERTY PRIME EXTENSION ENDORSEMENT, which states;

*THE BUILDING AND PERSONAL PROPERTY COVERAGE FORM IS AMENDED AS FOLLOWS:*

> *"Money" and "Securities"*
> *We will pay for loss of "money" and "securities" used in your business while at the bank or saving institution, at the covered location or in transit between any of these places, resulting directly from:*
> *(1) "Theft", meaning any act of stealing;*
>
> *All loss covered by one or more persons or involving a single act or series of related acts is considered one loss. You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.*

### CONCLUSION

Based on all of the foregoing, we must disclaim coverage for additional loss as a result of this theft and no additional payment will be made under the policy for this loss.

Please be advised that our position is based upon the facts and information available to Markel Insurance Company at this time and is subject to the availability and review of additional information. We may revise our position and raise any other coverage issues or coverage defenses without prejudice, waiver or estoppel. Furthermore, this letter does not constitute a waiver of any policy provisions or defenses available to the Company. All rights are expressly reserved.

If any of the factual information relied upon by us in this letter is materially incorrect, or if you possess any additional information which you believe impacts the coverage position taken herein, please immediately contact the undersigned at (800) 362-7535 ext. 117960.

Please reference our File number C8502AK10N8230 on all future correspondence.

Very truly yours,

MARKEL SERVICE, INCORPORATED

*Doris F. McKenzie*

Cc: Alaskan General, A Brown & Riding Company
   Attn: Tiffany Knutson
   1400 W. Benson Boulevard, Suite 500
   Anchorage, AK 99503

"E"

WARNING: THIS DOCUMENT [illegible]

| Ingwe Alaska Investments LLC | Alaska USA Federal Credit | 18045 |
| --- | --- | --- |
| DBA Valdez Maeine & Outdoors | P.O. Box 196613 | 89-7202/3252 |
| P.O. Box 368 | 4000 Credit Union Drive, Ste 100 | |
| Valdez Alaska 99686 | Anchorage Alaska 99519-6613 | |

Date 12-23-14

25.00

Pay to the Order Of  State of Alaska

twenty five dollars 00/100                                    Dollars

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT(S)

| Insurance commissioner |
| For Markel suit |

[signature]

⑈018045⑈ ⑆325272021⑆ 170001744 0006⑈

EXHIBIT A
Page 16 of 17

Case 3:15-cv-00016-RRB   Document 1-1   Filed 02/03/15   Page 16 of 17



# Valdez Marine & Outdoors
PO BOX 368
Valdez, AK 99686
907-835-2628

12/23/14

TO: Insurance Commissioner office

From: Larry Reynolds

Please serve this insurance co. as per our phone conversation the other day.

Home: 907-835-3216
Store: 907-835-2628
Cell: 817-994-9255

Thanks
Larry R
Larry Reynolds