Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates
711 M Street, Ste 2
Anchorage, Alaska 99501
(907) 276-5297 *telephone*
(907) 276-5291 *facsimile*
tlynch@northlaw.com

*Attorneys for Markel Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INGWE ALASKA INVESTMENTS ) <br> D/B/A VALDEZ MARINE AND OUTDOORS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARKEL INSURANCE COMPANY ) <br> ) <br> Defendant ) <br> _____ ) | Case No.: 3:15-cv-00016-RRB |

## STIPULATION TO DISMISS WITH PREJUDICE

Comes now Defendant Markel Insurance Company, by and through its counsel of record, Timothy M. Lynch of Hozubin, Moberly, Lynch & Associates, and Plaintiff, INGWE Alaska Investments d/b/a Valdez Marine and Outdoors, by and through its counsel of record, Eric Auten of the Law Office of Eric Auten and hereby stipulate and agree that the above-referenced matter may be dismissed with prejudice with each party to bear their own costs and attorney fees.

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Stipulation to Dismiss with Prejudice                                        Page 1 of 2
*INGWE AK Investments v. Markel Insurance Co.*                Case No.: 3:15-cv-00016-RRB
Case 3:15-cv-00016-RRB   Document 10   Filed 05/12/15   Page 1 of 2

DATED at Anchorage, Alaska this 12th day of May, 2015.

Hozubin, Moberly, Lynch & Associates
Attorneys for Markel Insurance Company

By: ___s/ Timothy M. Lynch_____
Timothy M. Lynch
Alaska Bar No. 7111030
Hozubin, Moberly, Lynch & Associates
711 M Street, Ste 2
Anchorage, Alaska 99501
(907) 276-5297 *telephone*
tlynch@northlaw.com

DATED at Anchorage, Alaska this 12th day of May, 2015.

Law Office of Eric Auten
Attorneys for Plaintiff

By: ___s/ Eric Auten_____
Eric Auten
Alaska Bar No. 9712098
Law Office of Eric Auten
310 Egan Street
Valdez, AK 99686
(907) 461-0342 *telephone*
auteneric@yahoo.com

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Stipulation to Dismiss with Prejudice                                                    Page 2 of 2
*INGWE AK Investments v. Markel Insurance Co.*                      Case No.: 3:15-cv-00016-RRB

Case 3:15-cv-00016-RRB   Document 10   Filed 05/12/15   Page 2 of 2